# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

*mpem*

In re **THUY NGOC JACKSON**

Case No. **23-90575**

```
FILED
DEC 04 2023
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: **12-04-2023**

Debtor's Signature

DATED: _____

Joint Debtor's (if any) signature

**Submit this form and your Master Address List to one of the following addresses:**

| Sacramento Division | Modesto Division | Fresno Division |
| --- | --- | --- |
| 501 I Street, Suite 3-200 | 1200 I Street, Suite 200 | 2500 Tulare Street, Suite 2501 |
| Sacramento, CA 95814 | Modesto, CA 95354 | Fresno, CA 93721 |

EDC 2-100 (Rev. 10/22)

4

SN Servicing Corporation
323 5th Street, Eureka, CA. 95501