**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 23-90575 - B - 13
Thuy N. Jackson,                   ) Docket Control No. KMB-1
         Debtor.                   ) Document No. 33
                                   ) Date: 04/09/2024
                                   ) Time: 1:00 PM
_____) Dept: B
```

**Order**

The motion is ORDERED GRANTED for reasons stated in the minutes.

**Dated:** April 10, 2024

Christopher D. Jaime, Judge
United States Bankruptcy Court

[33] - Motion for Relief from Automatic Stay [KMB-1] Filed by Creditor U.S. Bank Trust National Association (Fee Paid $199) (eFilingID: 7327165) (hlum)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Thuy N. Jackson
1508 Rose Garden Ct
Modesto CA 95356